DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

FILED'06 JAN 10 11:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Madeline Bailey

    Plaintiff,

vs.

Commissioner of Social Security

    Defendant.

Civil No. 05-cv-00028-MO

ORDER GRANTING AWARD
OF EAJA FEES

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$2.03**, costs in the amount of **$5.70**, and attorney's fees in the amount of **$4043.12** for total in the amount of **$4050.85**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

Done this 10 day of January, 2006.

                    Michael W. Mosman
                    Judge

Page 1 - ORDER GRANTING AWARD OF EAJA FEES